UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WENDY KEIRSTED, on Behalf of
Herself and All Others Similarly
Situated

      Plaintiff,

v.

THE GLAD PRODUCTS
COMPANY, a Delaware Corporation,
and THE CLOROX COMPANY, a
Delaware Corporation,

      Defendants.
_____/

Case No.: 6:23-cv-02472-JSS-DCI

## NOTICE AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Wendy Keirsted, by and through her undersigned counsel of record, gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that she hereby voluntarily dismisses this action with prejudice.

(i)    Defendants have not filed an answer or a motion for summary judgment in this matter;

(ii)    Plaintiff has not filed a motion for class certification;

(iii)    The individual claims of Plaintiff Wendy Keirsted are dismissed with prejudice;

(iv)    The claims of the putative class are dismissed without prejudice;

(v)   The parties shall bear their own costs, expenses, and fees.

Respectfully submitted this 13th day of June 2024.

<u>*/s/William Wright*</u>

William Wright
willwright@wrightlawoffice.com
The Wright Law Office, P.A.
515 N Flagler Dr. Suite 350
West Palm Beach, FL 33401
T: 561-514-0904
***Attorneys for Plaintiff***

## **PROPOSED ORDER**

Based on Plaintiff's Notice of Voluntary Dismissal with Prejudice, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice as to Plaintiff Wendy Keirsted's individual claims, and without prejudice as to the claims of the putative class. All other existing dates and deadlines in this matter are hereby vacated.


DATED: _____        By:_____
                                    Hon. Julie S. Sneed
                                    United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 13th day of June 2024, the above and foregoing was filed with the Clerk of the Court through the CM/ECF system, which will send electronic notification to all counsel of record.

                                                 */s/William Wright*

                                                 **ATTORNEY FOR PLAINTIFF**