UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WENDY KEIRSTED,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No: 6:23-cv-2472-JSS-DCI

THE CLOROX COMPANY and THE
GLAD PRODUCTS COMPANY,

    Defendants.
_____/

## ORDER

Plaintiff filed a Notice of Voluntary Dismissal With Prejudice seeking to dismiss this action with prejudice as to her individual claims and without prejudice as to the claims of the proposed putative class. (Dkt. 38.) Upon review of the docket, neither Defendant has filed an answer or motion for summary judgment in this matter. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *PTA-FLA, Inc. v. ZTE USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("According to the plain text of Rule 41(a)(1)(A)(i), only the filing of an answer or a motion for summary judgment terminates a plaintiff's ability to voluntarily dismiss its claims without a court order."). Moreover, a class has not been certified in this action, nor has Plaintiff moved to certify a proposed class for purposes of settlement. *See* Fed. R. Civ. P. 23(e).

Accordingly, this action is **DISMISSED with prejudice** as to Plaintiff's individual claims and **DISMISSED without prejudice** as to the claims of the proposed

class.  The parties shall bear their own costs, expenses, and fees.  All pending motions are denied as moot.  The Clerk of Court is directed to terminate any pending deadlines, if any, and thereafter close this case.

**ORDERED** in Orlando, Florida, on June 14, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record